IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LOREDO DIVISION

| | |
|---|---|
| PRICILLA M. RIOJAS, Individually and as Next Friend of B.G., a Minor and EMMANUEL GAYTAN, | § § § § |
| v. | § CIVIL ACTION NO.  5:24-cv-00049 § |
| CONTRACT FREIGHTERS, INC. d/b/a CFI and BRIAN WESTFALL | § § |

## DEFENDANTS' AMENDED NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, CONTRACT FREIGHTERS, INC. and BRIAN WESTFALL, Defendants in the above-entitled and numbered civil action (hereinafter referred to as "Defendants"), and would respectfully show the Court as follows:

1. Defendants are parties in the above-entitled action now pending in the 341st District Court of Webb County, Texas, Cause No. 2024CVA000136D3.

2. Pricilla M. Riojas, Individually and as Next Friend of B.G., a Minor and Emmanuel Gaytan (hereinafter "Plaintiffs") filed their Original Petition on January 23, 2024.  Defendant Contract Freighters, Inc. was served with process in this matter on or about February 20, 2024. Defendant Brian Westfall was served with process in this matter on or about February 20, 2024. The Original Notice of Removal was filed within thirty (30) days of Defendants' receipt of the Petition and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).  This Amended Notice of Removal is being filed in accordance with the Court's order dated April 16, 2024 [Doc. 4].

3. Removal of this action is proper under 28 U.S.C. §§ 1332(a) and 1441(a) because complete diversity of citizenship exists as among the named and served parties and because the amount in controversy exceeds $75,000.00.

4. In Plaintiffs' Original Petition, Plaintiffs Pricilla M. Riojas, Individually and as Next Friend of B.G., a Minor and Emmanuel Gaytan, who are citizens and residents of the State of Texas, alleges that on or about October 25, 2023, they were involved in a motor vehicle collision with a truck owned by Defendant Contract Freighters, Inc., a corporation with its principal place of business in the State of Missouri, and driven by Brian Westfall, a resident of Oklahoma. On January 23, 2024, Plaintiffs filed suit against the Defendants bringing state law tort claims for negligence and various liability, alleging damages in excess of $75,000.00.

5. Defendant Contract Freighters, Inc. was incorporated under the laws of Missouri. At the time Plaintiffs filed their state court action, Defendant Contract Freighters, Inc., had its principal place of business in the State of Missouri. Likewise, at the time of the filing of this Amended Notice of Removal, Contract Freighters, Inc., continues to maintain its principal place of business in the State of Missouri.

6. On the date of the incident, October 25, 2023, Defendant Brian Westfall resided at 331 E. 17th Street, Claremore, Oklahoma. At the time Plaintiffs filed their state court action, Defendant Brian Westfall still resided at 331 E. 17th Street, Claremore, Oklahoma. Likewise, at the time of the filing of this Amended Notice of Removal, Brian Westfall continues to reside at 331 E. 17th Street, Claremore, Oklahoma. At no point in time during the pendency of this matter has Defendant Brian Westfall resided anywhere other than 331 E. 17th Street, Claremore, Oklahoma.

7. The District Courts of the United States have diversity jurisdiction when there is complete diversity among the joined and served parties and when the amount of controversy exceeds $75,000. 28 U.S.C. § 1332. Because there is complete diversity of citizenship, and the

amount in controversy exceeds $75,000.00, this case may properly be removed to this Court pursuant to 28 U.S.C. § 1441(a).

8. All defendants who have been properly joined and served join in or consent to the removal of this case to federal court.

9. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders filed in the state court are attached hereto as Exhibit "A."

10. This matter involves an amount in controversy exceeding $75,000.

11. Pursuant to 28 U.S.C. § 1446(d), Defendants have given written notice of filing of this Amended Notice of Removal to Plaintiffs, and have filed a copy of this Amended Notice of Removal with the Clerk of the 341st Judicial District Court of Webb County, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant Contract Freighters, Inc., and Brian Westfall pray that the above-mentioned civil action now pending against Defendants in the 341st Judicial District Court of Webb County, Texas be removed to the United States District Court for the Southern District of Texas, Loredo Division.

        Respectfully submitted,

        */s/ D. Randall Montgomery*
        **D. RANDALL MONTGOMERY**
        State Bar No. 14289700
        *Rmontgomery@drmlawyers.com*
        **ASHLEY A. SMITH**
        State Bar No. 24049385
        *asmith@drmlawyers.com*
        **D. RANDALL MONTGOMERY**
          **& ASSOCIATES, P.L.L.C.**
        12400 Coit Road, Suite 560
        Dallas, Texas 75251
        (214) 292-2600
        (469) 568-9323 (Facsimile)

        **ATTORNEYS FOR DEFENDANTS**
        **CONTRACT FREIGHTERS, INC. and**
        **BRIAN WESTFALL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure on this the  18th  day of April, 2024.

**VIA E-FILE**
Laura Pazin Porter
Cowen Rodriguez Peacock, P.C.
6243 W IH-10, Suite 801
San Antonio, TX 78201

        */s/ D. Randall Montgomery*
        **D. RANDALL MONTGOMERY**

**DEFENDANTS' AMENDED NOTICE OF REMOVAL – Page 4**