UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **PRICILLA RIOJAS, Individually and as Next Friend of B.G., a Minor, and EMMANUEL GAYTAN,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:24-CV-49 |
| **CONTRACT FRIEGHTERS, INC. d/b/a CFI and BRIAN WESTFALL** | § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the parties' proposed settlement for the claims for Minor Plaintiff B.G., (Dkt. No. 14), for which United States Magistrate Judge Christopher Dos Santos provided a Report and Recommendation, (Dkt. No. 25). In his Report and Recommendation, Judge dos Santos recommends that the Court approve the proposed settlement agreement as it pertains to Minor Plaintiff B.G. (*Id.* at 4). Judge dos Santos further recommends that the Court discharge Jose Luis Castillo, whom the Court appointed as guardian ad litem for Minor Plaintiff B.G., (Dkt. No. 19). (Dkt. No. 25 at 4). Finally, Judge dos Santos recommends that Mr. Castillo be paid a fee in the amount of $1,500.00 as reasonable and necessary fees and expenses incurred by him, to be assessed as taxable costs of court against Defendants. (*Id.*).

All parties have waived their right to object to the Report and Recommendation. (*Id.*).

Pursuant to Federal Rule of Civil Procedure 72(a), the Court reviewed the Report and Recommendation for clear error. *Moore v. Ford Motor Co.*, 755 F.3d 802, 808 (5th Cir. 2014). Finding none, the Court hereby **ADOPTS IN WHOLE** the Report and Recommendation. Accordingly, the Court **APPROVES** the proposed settlement agreement as it pertains to Minor Plaintiff B.G. The Court further **DISCHARGES** Jose

Luis Castillo from his duties as guardian ad litem in this case. Finally, the Court **ORDERS** that Defendants pay Mr. Castillo the amount of $1,500.00, to be assessed as taxable costs of court against Defendants.

    It is so **ORDERED**.

    **SIGNED** on March 24, 2025.

_____
John A. Kazen
United States District Judge