UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PRICILLA M. RIOJAS, Individually and as Next Friend of B.G., a Minor, and EMMANUEL GAYTAN, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 5:24-CV-00049 |
| CONTRACT FREIGHTERS, INC. d/b/a CFI and BRIAN WESTFALL, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the Court came to be heard the above-styled and numbered cause, when appeared Plaintiff PRICILLA M. RIOJAS, Individually and as Next Friend of B.G., a Minor, and Defendants CONTRACT FREIGHTERS, INC. and BRIAN WESTFALL, by their attorney of record, D. Randall Montgomery (hereinafter referred to as "the Parties"). The Court, having previously appointed Jose Luis Castillo, an attorney duly licensed in the State of Texas, as Guardian Ad Litem to represent the interests of the minor child, B.G., such Guardian Ad Litem also appeared before the Court. The Parties appearing before the Court advised the Court that the matters in controversy herein have been compromised and settled, subject to the approval of the Court. The Court then heard sworn testimony regarding the terms of the settlement and its effect on the minor Plaintiff. The Court, having considered the pleadings and such testimony, is of the opinion that the extent of damage alleged by Plaintiff is not certain and is in dispute and incapable of definite proof; the settlement of this cause for the amount agreed upon and submitted to the Court as set forth for the minor Plaintiff is a fair, just, and reasonable recovery on behalf of such minor Plaintiff and should be approved; and further, the settlement herein approved represents the compromise of a bona fide dispute in controversy existing between the parties and does not constitute and is not to be construed as an admission of liability by the Defendants.

The Court finds that the recovery and settlement provided herein includes all damages that have been claimed or might have been claimed by or on behalf of B.G., minor child, as a result of the occurrence made the basis of this suit as more specifically alleged in Plaintiff's Original Petition on file herein, so that Defendants can be fully discharged from any and all claims which have been presented or could have ever been presented on behalf of B.G. as a result of the incident occurring on or about October 25, 2023, in Laredo, Webb County, Texas, made the basis of this suit.

The Court further finds that the claims of Pricilla M. Riojas, Individually, against Defendants have been settled and compromised as set forth in a separate Release.

Said Guardian Ad Litem having asked for and received reasonable time to acquaint himself with the facts and the law herein, and after study and deliberation, reported to the Court that, in his opinion, the tentative agreement of settlement represented to the Court is fair, just, and reasonable, and that the apportionment hereinafter ordered by the Court was fair, just, and reasonable and for the best interest of the minor Plaintiff and should be approved.

The Court having heard the recommendation of the Guardian Ad Litem and having considered the pleadings and matters on file in this cause and the extent or amount of recoverable damages, if any, and therefore finds that the agreement of settlement of the parties should be approved and said agreement is hereby approved.

**Payments**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Defendants shall cause to be paid the total sum of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($7,500.00) to be deposited into a Uniform Transfers to Minors Act account (UTMA). Said UTMA account is irrevocable and would be under the name of B.G., and would list a custodian (either parent) on the account who would have a fiduciary duty to manage the account on behalf of B.G. until the age of majority being 18 years of age.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon payment of the above amount as directed by the Court, Defendants be, and are hereby released and discharged of any and all claims on the part of the minor Plaintiff herein, whether or not such claims were alleged in Plaintiff's Original Petition on file herein and whether

or not such claims are known at this time, so that Defendants shall be and are hereby fully released and discharged from any liability whatsoever arising directly or indirectly out of the occurrence made the basis of this suit, and of the alleged causes of action as asserted herein on behalf of the minor Plaintiff.

IT IS FURTHER ORDERED that Jose Luis Castillo Guardian Ad Litem, be, and is hereby awarded the sum of $1,500.00 as his fee, said sum to be paid by Defendants within thirty days of the date of this Final Judgment. It is further ordered that the Guardian ad Litem has completed his appointment and is hereby discharged from his duties.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties enter into and execute the necessary settlement agreements and documents.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED in accordance with the agreement of the parties that any and all claims asserted by PRICILLA M. RIOJAS, with relation to the minor child against Defendants (excluding Pricilla M. Riojas' Individual personal injury claims for her own injuries and damages), shall be and are hereby DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED in accordance with the agreement of the parties that the making of this settlement being for the purposes of avoiding the time, trouble, and expense of investigation and litigation does not constitute an admission of liability on the part of the Defendants as to any cause of action asserted herein. Finally, it is ORDERED that any relief sought in this cause not specifically granted herein is hereby denied.

All costs of suit as between Plaintiff and Defendants are taxed against the party incurring same.

All relief not expressly granted herein is denied.

It is so **ORDERED**.

**SIGNED** on March 24, 2025.

_____
John A. Kazen
United States District Judge

**APPROVED AS TO SUBSTANCE AND FORM**:


*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
Attorney for Defendants



*/s/ Laura Pazin Porter*
**LAURA PAZIN PORTER**
State Bar No. 24032941
Counsel for Plaintiffs



*/s/ Jose Luis Castillo*
**JOSE LUIS CASTILLO**
State Bar No. 00798098
Guardian Ad Litem